Núm. 9916.—Pueblo, apldo. *v.* De Jesús, aplte.—C. D. Arecibo. Adulteración de leche. Abril 14, 1943.

(Por la Corte, a propuesta del Juez Presidente Señor Del Toro.)

Por cuanto, el fiscal del distrito de Arecibo formuló acusación contra Francisco de Jesús y Gil Cortés imputándoles un delito de adulteración de leche cometido al transportar leche de vaca adulterada con destino al consumo humano en Utuado, el 18 de febrero de 1942, y

Por cuanto, en el acto del juicio se probó que el acusado Gil Cortés fué sorprendido transportando leche de vaca adulterada en el sitio y en la fecha especificados y que la leche procedía de una vaquería del otro acusado Francisco de Jesús, de la cual era Cortés empleado, y

Por cuanto, el apelante Francisco de Jesús sostiene que debe revocarse la sentencia porque el principal es responsable por el agente sólo en casos civiles, no en los criminales, citando 16 C. J. 123, y no hubo prueba de que él indujera o aconsejara a Gil Cortés a transportar la leche, y

Por cuanto, en el caso del *Pueblo* v. *Rodríguez*, 61 D.P.R. 732, decidido por esta Corte el día cinco de este mismo mes de abril se resolvió que tanto el agente como el principal son responsables del delito de adulteración cometido al transportar leche adulterada para el consumo humano, lo mismo que lo eran al venderla. *Pueblo* v. *Sánchez,* 57 D.P.R. 38:

POR TANTO, debe declararse como se declara sin lugar el recurso confirmarse como se confirma la sentencia apelada que dictó la Cort de Distrito de Arecibo el 28 de octubre de 1942.

RECONSIDERACIONES DENEGADAS POR ESTE TRIBUNAL DURANTE
EL PERÍODO QUE COMPRENDE ESTE TOMO

Núm. 9668.

(B) DESESTIMACIONES

(a) EN GENERAL